FILED: September 17, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2095
(1:12-cv-00888-CCE-JEP)

_____

BRETT DAVIS; BRIAN CHRIS SMOOT; STEVE SZYMECZEK

      Plaintiffs - Appellants

v.

CITY OF GREENSBORO, North Carolina

      Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
| Originating Case Number | 1:12-cv-00888-CCE-JEP |
| Date notice of appeal filed in originating court: | 09/16/2015 |
| Appellant (s) | Brett Davis, Brian Smoot, Steve Szymeczek |
| Appellate Case Number | 15-2095 |
| Case Manager | Barbara H. Rowe<br>804-916-2704 |