FILED: October 29, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2095 (L)
(1:12-cv-00888-CCE-JEP)

_____

BRETT DAVIS; BRIAN CHRIS SMOOT; STEVE SZYMECZEK

  Plaintiffs - Appellants

v.

CITY OF GREENSBORO, North Carolina

  Defendant - Appellee

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 11/24/2015

Opening brief due: 11/24/2015

Response brief due: 12/28/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk